IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-258-CV





OIL WELL DEVELOPMENT COMPANY,



 APPELLANT


vs.





KYLE NICHOLS,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT



NO. 92-03898, HONORABLE JAMES R. MEYERS, JUDGE PRESIDING



 




PER CURIAM

 The parties have filed an agreed motion to dismiss this appeal. The motion is
granted. Tex. R. App. P. 59(a).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Agreed Motion

Filed: November 24, 1993

Do Not Publish